NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSE ARMANDO GONZALO PAULETTE, )
                                    )

        Appellant,           )

                                      )

v.                                  )      Case No. 2D18-2803

                                      )

STATE OF FLORIDA,          )

                                      )

        Appellee.           )

_____)


Opinion filed May 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Keith P. Spoto, Judge.

Jose Armando Gonzalo Paulete, pro se.



PER CURIAM.


      Affirmed.


CASANUEVA, SALARIO, and BADALAMENTI, JJ., Concur.